```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    HEATHER A. ZIMMERMAN
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. 2:11-CR-010-EFB
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER; TO RECALL
13       v.                      ) THE BENCH WARRANT ISSUED ON
                                 ) JUNE 25,2012
14  HEATHER A. ZIMMERMAN,        )
                                 )
15            Defendant.         ) Date:
                                 ) Time:
16  _____) Judge: Hon. Gregory G. Hollows

17
```

18      It is hereby stipulated between the parties, Justin Lee,

19  Assistant United States Attorney, attorney for Plaintiff, and Linda C.

20  Harter, Chief Assistant Federal Defender, attorney for defendant, that

21  the bench warrant issued on June 25, 2012, for the defendant, HEATHER

22  A. ZIMMERMAN, be withdrawn.

23      On June 6,2011, the defendant, Heather A. Zimmerman, was sentenced

24  to a 12-month term of court probation and ordered to pay a special

25  assessment of $50.00 restitution in the amount of $285.00, and complete

26  65 hours of community service.  A series of control dates were set.

27  During that time period Ms. Zimmerman completed her community service

28  and paid a portion of the monetary fine.  After she failed to appear

for her last control date on June 22, 2012, to explain why the entire fine had not been paid, the Court issued a $1,000.00 bench warrant. On July 9, 2012, Ms. Zimmerman paid the remainder of her fine. The government has confirmed that the restitution and special assessment have been paid in full. Accordingly, the parties agree and stipulate that the warrant should be recalled.

Given these facts, the parties respectfully request that the Court recall the bench warrant issued for Ms. Zimmerman on June 25, 2012.

Dated: July 10, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
HEATHER A. ZIMMERMAN

Dated: July 10, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Linda C. Harter for
JUSTIN LEE
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: July 11, 2012
/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order  -2-